**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 2:14-CR-32-JTM |
| | ) | |
| KEITH SODERQUIST, | ) | |
|         Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON PLEA OF GUILTY BY DEFENDANT KEITH SODERQUIST

TO:    THE HONORABLE JAMES T. MOODY,
          UNITED STATES DISTRICT COURT

Upon Defendant Keith Soderquist's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on January 20, 2016, with the consent of Defendant Keith Soderquist, counsel for Defendant Keith Soderquist, and counsel for the United States of America.

The hearing on Defendant Keith Soderquist's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Keith Soderquist under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Keith Soderquist,

I FIND as follows:

(1) that Defendant Keith Soderquist understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Keith Soderquist understands his right to trial by jury, to persist in his plea

of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant Keith Soderquist understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Keith Soderquist understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Keith Soderquist has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Keith Soderquist is competent to plead guilty;

(6) that Defendant Keith Soderquist understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Keith Soderquist's plea; and further,

I RECOMMEND that the Court accept Keith Soderquist's plea of guilty to the offense charged in Count III of the Indictment and that Defendant Keith Soderquist be adjudged guilty of the offense charged in Count III of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Keith Soderquist be adjudged guilty, a sentencing date before Judge James T. Moody will be set by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen days. 28 U.S.C. § 636(b)(1).

SO ORDERED this 20th day of January, 2016.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT